

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-70,885-22

### IN RE JOSE ALBERTO GUTIERREZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2008-CR-1186 IN THE 186TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*. YEARY, J., not participating.

#### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Bexar County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Bexar County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Bexar County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: September 8, 2021
Do not publish